IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAWN DAVIS, ROBIN DAVIS <br> and CRD HOLDINGS, LLC <br><br> Plaintiffs, <br><br> v. <br><br> RANDOLPH LEE WHITE, GREG B. <br> MCDONALD, BIG SHAKE, LLC, and <br> BLUE HORSE CAPITAL PARTNERS, LLC <br><br> Defendants. | Case No. 3:16-cv-02817 <br> Judge Trauger <br><br> JURY DEMAND |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties being in agreement; and the Court being otherwise sufficiently advised; the Plaintiffs' complaint herein, and the claims contained therein shall be, and the same hereby are, **dismissed with prejudice, as settled.**

*/s/ Chris Vlahos*_____
Chris Vlahos (BPR No. 20318)
Keane A. Barger (BPR No. 33196)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700 (Telephone)
(615) 320-3737 (Fascimile)
cvlahos@rwjplc.com
kbarger@rwjplc.com

ATTORNEYS FOR DEFENDANTS


*/s/ Ryan T. Holt*_____
John L. Farringer, IV, Esq.
Ryan T. Holt, Esq.
Sherrard Roe Voight & Harbison
150 Third Avenue South, Suite 1100
Nashville, TN 37201
jfarringer@srvhlaw.com
rholt@srvhlaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2017, a true and correct copy of the foregoing was served via the Court's CM/ECF system on:

Chris Vlahos (BPR No. 20318)
Keane A. Barger (BPR No. 33196)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700 (Telephone)
(615) 320-3737 (Facsimile)
cvlahos@rwjplc.com
kbarger@rwjplc.com

*Attorneys for Defendants*

                                          /s/ Ryan T. Holt
                                          Ryan T. Holt

3

Case 3:16-cv-02817   Document 29   Filed 02/13/17   Page 3 of 3 PageID #: 184